1456

[Cite as *11/19/2002 Case Announcements,* 2002-Ohio-6268.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *November 19, 2002*

## MOTION AND PROCEDURAL RULINGS

**2001–1132. New Par v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion for stay of damages trial based on the Public Utilities Commission order during the pendency of this appeal and motion to strike Exhibit B from the memo opposing the motion for stay of damages trial,

IT IS ORDERED by the court that the motion for stay of damages trial be, and hereby is, granted.

PFEIFER and COOK, JJ., dissent.

RESNICK, J., not participating.

IT IS FURTHER ORDERED by the court that the motion to strike be, and hereby is, granted, and Exhibit B is stricken from the memo opposing the motion for stay of damages trial.

F.E. SWEENEY and COOK, JJ., dissent.

RESNICK, J., not participating.

**2001–1158. Cincinnati SMSA, L.P. v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion for stay of trial pending appeal,

IT IS ORDERED by the court that the motion for stay of trial pending appeal be, and hereby is, granted.

PFEIFER and COOK, JJ., dissent.

RESNICK, J., not participating.

**2001–2166. Atkins v. Chudowsky.**
Lorain App. No. 01CA007834, 2001-Ohio-1654. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellee's motion to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**2002–1151. Rexrode v. Space.**
In Quo Warranto. This cause came on for further consideration upon the bills and documentation of David C. Hipp and Amanda Spies Bornhorst pursuant to this court's September 4, 2002 entry awarding attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that attorney fees are granted in the amount of $45.06 to David C. Hipp and $90.12 to Amanda Spies Bornhorst.

LUNDBERG STRATTON, J., dissents as to Hipp.

COOK, J., dissents.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1599. N. Coast Community Homes, Inc. v. Zaino.**
Board of Tax Appeals, No. 2001–J–1065.

**2002–1732. State ex rel. Prusinski v. Romanoff.**
In Mandamus and Prohibition.

**2002–1785. State ex rel. Preschool Dev., Ltd. v. Springboro.**
In Mandamus.